## MONTALVO, APELADO, v. RIVERA, APELANTE.

Corte de Distrito de Mayagüez.

No. 2314.—Resuelto en abril 17, 1922.

El Tribunal resolvió en este caso sostener la apreciación que de la prueba contradictoria hizo la corte inferior, cuya

prueba por ser suficiente justifica la sentencia que declaró con lugar la reivindicación y nulidad .de inscripciones. El Juez Asociado Sr. Aldrey· emitió la opinión del tribunal.